LEEDY and Others *v.* SHAW and Others.

APPEAL from the *Kosciusko* Circuit Court.

*Per Curiam.*—The judgment in this case is affirmed, with 8 per cent. damages and costs, on the authority of *Crawford* v. *Shaw*, at this term.

*J. L. Ketcham* and *J. L. Mitchell*, for the appellees.